**MALT BEVERAGES DISTRIBUTORS ASSOCIATION, Respondent,**

v.

**PENNSYLVANIA LIQUOR CONTROL BOARD, Petitioner,**

**Ohio Springs, Inc., Intervenor.**

Supreme Court of Pennsylvania.

Aug. 21, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of August 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the Commonwealth Court erred in holding that, under the definition of "retail dispenser" in Section 102 of the Liquor Code, 47 P.S. § 1–102, an eating place malt beverage licensee must sell malt or brewed beverages for on-premises consumption in order to sell malt or brewed beverages for take-out?

It is further ordered that the April 2, 2007 order of the Commonwealth Court vacating the automatic supersedeas is hereby **VACATED.** Petitioner's Motion for Leave to File a Response to Additional Matter is hereby **GRANTED.** Petitioner's Motions to Expedite Consideration of Motion to Stay or Reinstate Supersedeas and of Petition for Allowance of Appeal are hereby **DISMISSED** as moot.

The Prothonotary is directed to list this matter for oral argument at the same session as No. 238 MAL 2007.